DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY JAMES KELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-465 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE; EXCLUSION OF |
| | ) TIME |
| TIMOTHY JAMES KELLY, | ) |
| | ) DATE: February 6, 2007 |
| Defendant. | ) TIME: 9:30 a.m. |
| | ) JUDGE: Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference hearing date of January 9, 2007 be vacated, and a new Status Conference hearing date of February 6, 2007 at 9:30 a.m. be set.

    This continuance is requested as defense counsel is out of the office on medical leave due to a recent skiing accident.

    It is further stipulated and agreed between the parties that the period beginning January 9, 2007 through and including February 6, 2007

should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 5, 2007                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Linda Harter
                                          LINDA HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          TIMOTHY JAMES KELLY

Dated: January 5, 2007

                                          MCGREGOR W. SCOTT
                                          United States Attorney


                                          /s/ Michelle Rodriguez
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: January 5, 2007

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT