DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY JAMES KELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-465 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| TIMOTHY JAMES KELLY, | ) |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

This matter came before the Court for a Status Conference on February 6, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Michelle Rodriguez. Defendant Timothy Kelly was present, represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel requested that the matter be set for a Status Conference/Change of Plea on February 27, 2007 at 9:30 a.m.

The parties agreed on the need for additional time to allow time for defense preparation.

1     IT IS ORDERED that this matter be continued to February 27, 2007
2 at 9:30 a.m. for a Status Conference.
3     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
4 (iv), the period from February 6, 2007 to and including February 27,
5 2007 is excluded from the time computations required by the Speedy
6 Trial Act due to ongoing preparation of counsel.
7 DATED: February 7, 2007

```
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```