McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TIMOTHY JAMES KELLY,<br><br>            Defendant.<br>_____ | CR. NO. S-06-465-LKK |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TIMOTHY JAMES KELLY,<br><br>            Defendant.<br>_____ | CR. NO. S-07-061-MCE<br><br>MOTION TO RELATE CASES<br>AND  ORDER |

Pursuant to this Court's Local Rule 83-123(3) & (4), plaintiff United States of America hereby notifies the Court of the filing of a related case and the United States further moves that the case be related.

On November 15, 2006, an Indictment was filed initiating case CR. 06-465-LKK against Timothy James Kelly.  The case, 06-465-LKK, was assigned to Judge Karlton.  The Indictment charged Kelly as

1

follows:

| Count | Offense | Description |
|-------|---------|-------------|
| 1 | § 2113(a) | Bank Robbery |
| 2 | § 922(g)(1) | Felon in Possession of a Firearm |

Then, on February 23, 2007, the United States filed an Information against Kelly. The Information charged Kelly in 2 felony counts under Title 18, United States Code, as follows:

| Count | Offense | Description |
|-------|---------|-------------|
| 1 | § 2113(a)(d) | Armed Bank Robbery |
| 2 | § 924(c)(1) | Using and Carrying a Firearm |

The later filed Information was assigned to Judge England.

The United States submits that the latest charged matter against Kelly, 07-061-MCE, should be related before Judge Karlton with the EARLIER charged case against Kelly, 06-465-LKK. In each case there is the same defendant. The latest charged conduct in 07-061-MCE is alleged to have occurred in the NDCA as part of the defendant's serial bank robbery activity (charged EARLIER in 06-465-LKK) in the EDCA.

The United States also submits that in each case, there are related evidence issues, sentencing issues, and identical witness concerns. Significantly, relation of the latest case, 07-061-MCE, against Kelly with the EARLIER case, 06-465-LKK, against Kelly before the same judicial officer (Judge Karlton) would help court personnel and witnesses deal with judicial, administrative, and prosecutorial burdens. Indeed, relating the recently charged Kelly matter with the EARLIER case would be efficient for the U.S. Probation Office.

Defendant Kelly, by his counsel, Assistant Federal Defender Linda Harter, stipulates and agrees that the latest case 07-061-MCE is properly related to the EARLIER case, 06-465-LKK. Kelly and the

2

1  United States have negotiated a disposition for the EARLIER case,

2  06-465-LKK.  This disposition is contained in a plea agreement

3  which also resolves the charges in the latest filed case against

4  Kelly, 07-061-MCE.  The plea agreement (attached hereto) regarding

5  both cases already has been submitted to Judge Karlton in

6  anticipation of a change of plea hearing in 06-465-LKK.

7       Specifically, on February 27, 2007, before Judge Karlton the

8  following hearing is scheduled: Entry of Guilty Pleas

9  (in case 06-465-LKK).

10      Hereby, both counsel further request that the latest case (07-

11 061-LKK) be placed on Judge Karlton's February 27, 2007 calendar

12 (with case 06-465-LKK) for the following hearing: Waiver of Venue

13 in the NDCA, Arraignment, Waiver of Indictment, and Entry of Guilty

14 Pleas (in case 07-061-MCE).

15
   Dated: 02/23/07                    McGREGOR W. SCOTT
16                                     United States Attorney

17                                          /s/Michelle Rodriguez
                                       By:  _____
18                                     MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney
19

20      -------------------------------------------

21

22                     **RELATED CASE ORDER**

23      Examination of the above-captioned matter, 06-465-LKK, and the

24 criminal action in 07-061-MCE reveals that the actions are related

25 within the meaning of Local Rule 83-123.  The actions involve

26 similar transactions, including as to defendants and witnesses, and

27 would therefore entail a substantial duplication of labor if heard

28 by different judges.  Accordingly, the assignment of the matters to

                                    3

the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-07-061-MCE is reassigned to Judge Karlton for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "LKK" instead of the other jurist's initials. The matter is scheduled before the undersigned on February 27, 2007 for the following hearing: Waiver of Venue in the NDCA, Arraignment, Waiver of Indictment, and Entry of Guilty Plea.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.


DATED: February 26, 2007


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT